

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:07-CR-46(6)** |
| | § | |
| **DENNIS SOLEE** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*

*Before the United States Magistrate Judge* [Clerk's doc. #194]. The Magistrate Judge recommended

that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He

further recommended that the Court finally adjudge Defendant as guilty on **Count 1** of the

**Information** filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion

that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #194] of

the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Dennis Solee, is hereby adjudged as guilty on **Count 1** of the charging **Information** charging violations of Title 21, United States Code, Section 841(a)(1).

So **ORDERED** and **SIGNED** this **11** day of **September, 2009.**

_____
Ron Clark, United States District Judge